UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAILIN NICOLE SOLOFF and DYLAN MICHAEL SOLOFF, and as friends of minors B.S. and L.S. as former wards and beneficiaries of the estate of Jeremy Maxwell Soloff, the 2005 life insurance irrevocable trust of Jeremy Maxwell Soloff, the 1994 irrevocable deed of trust of Meghan Ellen Holtz Soloff, A.M.M.T

      Plaintiffs,

v.

Case No: 2:17-cv-426-FtM-38CM

ROETZEL AND ANDRESS, CATHY REIMAN, LORNA SCHARLACHEN and TAMARA NICOLA,

      Defendants.

                                /

## **ORDER**[1]

This matter comes before the Court on the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 9) filed on January 26, 2018. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves either an answer or a motion for summary judgment. This dismissal is effective upon filing and requires no further action by the Court. See *Anago Franchising, Inc. v.*

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Therefore, in compliance with Rule 41(a), this action is dismissed without prejudice.

Accordingly, it is now

**ORDERED:**

(1) Pursuant to Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 9), this matter is **DISMISSED without prejudice.**

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of January, 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record